UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JARAY L. GRIFFIN,

    Plaintiff,

v.   05-CV-3048

ROGER E. WALKER,
DR. LOWELL BROWN,
WARDEN TERRY POLK,
DEBORAH K. FUQUA,

    Defendants.

### Order

The plaintiff has not responded to Defendant Brown's motion to dismiss the malpractice action against him for failure to attach the affidavit and report as required under 735 ILCS 5/2-622. The plaintiff has not submitted those documents and therefore cannot proceed with his malpractice claim against Defendant Brown. Dismissal of the malpractice claim is accordingly warranted.

IT IS THEREFORE ORDERED that defendant Brown's motion to dismiss the malpractice/medical negligence claim against him is granted (d/e 15). Said claim is dismissed, without prejudice, for failure to comply with 735 ILCS 5/2-622.

Entered this  10th  Day of February , 2006.

    s\Harold A. Baker

    HAROLD A. BAKER
    UNITED STATES DISTRICT JUDGE